UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **GROUNDWATER TREATMENT AND TECHNOLOGY LLC** <br> Plaintiff/Petitioner | Case No.: **1:20-CV-02654-TWT** |
| vs. <br> **GEORGIA POWER COMPANY** <br> Defendant/Respondent | **AFFIDAVIT OF SERVICE OF SUMMONS; COMPLAINT** |

Received by **Gregory B Murphy**, on the **26th day of June, 2020 at 9:03 AM** to be served upon **GEORGIA POWER COMPANY c/o KEVIN PEARSON, REGISTERED AGENT** at 241 RALPH MCGILL BLVD NW BIN #10180, ATLANTA, Fulton County, GA 30308-3374.

On the **29th day of June, 2020 at 10:19 AM**, I, **Gregory B Murphy**, SERVED GEORGIA POWER COMPANY c/o KEVIN PEARSON, REGISTERED AGENT at 241 RALPH MCGILL BLVD NW BIN #10180, ATLANTA, Fulton County, GA 30308-3374 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Mark Keen**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **BOSS, PERSON AUTHORIZED TO ACCEPT**, who accepted service with direct delivery, with identity confirmed by subject showing identification, a white male approx. 45-55 years of age, 5'8"-5'10" tall, weighing over 300 lbs with gray hair.

Service Fee Total: $190.00

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____  CPS165          06-29-2020
Gregory B Murphy             Server ID #        Date

Notary Public: Subscribed and sworn before me on this 29th day of June in the year of 2020
Personally known to me ✓ or _____ identified by the following document:

Number/Reference:_____
Type:_____
Notary Public for State of:_____
Commission Expiration:_____

Notary Public (Legal Signature) — Alesia Stone, Henry County, Georgia, My Commission Expires January 1, 2022

REF: **GWTT, LLC v. Georgia Power Company**

Page 1 of 1
Tracking #: **0054469448**